**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH R. MAHON, JR. | CIVIL ACTION |
| VERSUS | NO. 20-2396 |
| TOWN OF MADISONVILLE, ET AL. | SECTION: L (5) |

### J U D G M E N T ON JURY VERDICT

This action was tried by a jury with Judge Eldon E. Fallon presiding. On November 30, 2022, the jury returned a verdict in favor of defendants and against plaintiff, and the Court adopted the jury's verdict as its own judgment. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants Jean P. Pelloat, Bruce M. Danner, Barney Tyrney, and Town of Madisonville and against plaintiff Joseph R. Mahon, Jr., dismissing the above entitled and numbered cause, with prejudice, at plaintiff's costs.

New Orleans, Louisiana, this __15th__ day of December, 2021.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**